# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CYNTHIA POZESKY,

    Plaintiff

v.

LOWE'S HOME CENTERS, LLC,

    Defendant

Case No.: 2:18-cv-02270-APG-VCF

**Order Deeming Order to Show Cause Satisfied**

In light of the response (ECF No. 9) to the order to show cause,

IT IS THEREFORE ORDERED that the order to show cause (ECF No. 5) is deemed satisfied, and I will not remand this matter for lack of subject matter jurisdiction at this time.

DATED this 14th day of December, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE