1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   ASHLIE L. SURUR, ESQ.
3  Nevada Bar No. 11290
   asurur@lawhjc.com
4

5  **HALL, JAFFE & CLAYTON, LLP**
   7425 Peak Drive
6  Las Vegas, Nevada 89128
   (702) 316-4111
7  Fax (702) 316-4114

8  *Attorneys for Lowe's Home Centers, LLC*

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA POZESKY, an Individual, | Case No.: 2:18-cv-02270-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF CYNTHIA POZESKY'S MOTION TO REMAND [ECF NO. 13]** |
| vs. | |
| LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |

The parties, by and through their attorneys of record, stipulate as follows:

1. On December 19, 2018, Plaintiff filed a Motion to Remand. ECF No. 13.

2. The current deadline to respond to the Motion to Remand [ECF No. 13] is January 2, 2019.

3. Due to several intervening court holidays, Defendant Lowe's Home Centers. LLC requires additional time to fully and fairly prepare its response to the issues raised in the

1

Motion to Remand.

4. Accordingly, the parties agree there is good cause to extend the deadline to respond to the Motion to Remand [ECF No. 13] from January 2, 2019 to January 7, 2019.

| Dated: January 2, 2019. | Dated: January 2, 2019. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | CLAGGETT & SYKES LAW FIRM |
| */S/Ashlie L. Surur* <br> Steven T. Jaffe, Esq. <br> Nevada Bar No. 7035 <br> Ashlie L. Surur, Esq. <br> Nevada Bar No. 11290 <br> 7425 Peak Drive <br> Las Vegas, Nevada 89128 <br> *Attorneys for Lowe's Home Centers, LLC* | */S/William Sykes* <br> Sean K. Claggett, Esq. <br> Nevada Bar No. 8407 <br> William T. Sykes, Esq. <br> Nevada Bar No. 9916 <br> 4101 Meadows Lane, Suite 100 <br> Las Vegas, Nevada 89107 <br> *Attorneys for Cynthia Pozesky* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 3, 2019.