1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   ASHLIE L. SURUR, ESQ.
3  Nevada Bar No. 11290
   asurur@lawhjc.com
4

5  **HALL, JAFFE & CLAYTON, LLP**
   7425 Peak Drive
6  Las Vegas, Nevada 89128
   (702) 316-4111
7  Fax (702) 316-4114

8  *Attorneys for Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA POZESKY, an Individual, | Case No.: 2:18-cv-02270-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF CYNTHIA POZESKY'S MOTION TO REMAND [ECF NO. 13]** |
| vs. | |
| LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | **(Second Request)** |
| Defendants. | |

The parties, by and through their attorneys of record, stipulate as follows:

1. On December 19, 2018, Plaintiff filed a Motion to Remand. ECF No. 13.

2. The current deadline to respond to the Motion to Remand [ECF No. 13] is January 7, 2019, by extension. ECF No. 16.

3. After obtaining the first extension, counsel for Defendant Lowe's Home Centers, LLC was out of the office due to an illness and, as a result, Defendant Lowe's Home Centers,

1

1 | LLC requires additional time to fully and fairly prepare its response to the issues raised in the
2 | Motion to Remand.

3 |     4.    Accordingly, the parties agree there is good cause to extend the deadline to
4 | respond to the Motion to Remand [ECF No. 13] from January 7, 2019 to <u>January 11, 2019</u>.

| Dated: January 7, 2019. | Dated: January 7, 2019. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | CLAGGETT & SYKES LAW FIRM |
| <u>/S/Ashlie L. Surur</u><br>Steven T. Jaffe, Esq.<br>Nevada Bar No. 7035<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Lowe's Home Centers, LLC* | <u>/S/William Sykes</u><br>Sean K. Claggett, Esq.<br>Nevada Bar No. 8407<br>William T. Sykes, Esq.<br>Nevada Bar No. 9916<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Cynthia Pozesky* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 8, 2019.

**CERTIFICATE OF SERVICE**

I certify that on January 7, 2019, I served a true and correct copy of the foregoing **Stipulation and Order to Extend Deadline to Respond to Plaintiff Cynthia Pozesky's Motion to Remand [ECF No. 13] (Second Request)** on the following parties by electronic transmission through the Court's electronic filing system (CM/ECF):

Sean K. Claggett, Esq.
Samuel A. Harding, Esq.
Matthew S. Granda, Esq.
CLAGGETT & SYKES
4101 Meadows Lane #100
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

_____/s/Alexandria Raleigh_____
An Employee of HALL JAFFE & CLAYTON, LLP