Sean K. Claggett, Esq.
Nevada Bar No. 008407
William T. Sykes, Esq.
Nevada Bar No. 009916
Geordan G. Logan, Esq.
Nevada Bar No. 013910
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
wsykes@claggettlaw.com
glogan@claggettlaw.com
*Attorneys for Plaintiff, Cynthia Pozesky*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA POZESKY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited Liability Company; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02270-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO REMAND [ECF NO. 24]** |

The parties, by and through their attorneys of record, stipulate as follows:

1. On December 19, 2018, Plaintiff filed a Motion to Remand. ECF No. 13.

2. On January 14, 2019, Defendant filed its Response to Motion to Remand. ECF No. 24.

3. The current deadline to file Plaintiff's Reply to Defendant's Response to Motion to Remand [ECF No. 24] is January 21, 2019.

4. Due to an ongoing trial and a holiday on January 21, 2019, Plaintiff requires additional time to fully and fairly prepare her reply to Defendant's Response to Motion to Remand.

///

Page 1

5. Accordingly, the parties agree there is good cause to extend the deadline to file Plaintiff's Reply to Defendant's Response to the Motion to Remand [ECF No. 24] from January 21, 2019 to January 25, 2019.

DATED THIS 18th day of January, 2019.　　　　DATED THIS 18th day of January, 2019.

CLAGGETT & SYKES LAW FIRM　　　　　　　HALL JAFFE & CLAYTON, LLP.

*/s/ Sean K. Claggett*　　　　　　　　　　　　　　　*/s/ Steven T. Jaffe*
_____　　　　　_____
Sean K. Claggett, Esq.　　　　　　　　　　　　Steven T. Jaffe, Esq..
William T. Sykes, Esq.　　　　　　　　　　　　Ashlie L. Surur, Esq.
4101 Meadows Lane, Suite 100　　　　　　　　7425 Peak Drive
Las Vegas, Nevada 89107　　　　　　　　　　　Las Vegas, Nevada 89128
*Attorneys for Plaintiff*　　　　　　　　　　　　*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED** .

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: January 18, 2019.